IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00998-LTB

GREGORY A. MILTON,

    Applicant,

v.

CHARLES A DANIELS,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The matter before the Court is Applicant's *pro se* "Motion to Make Additional Findings of Fact and Conclusions of Law Under the Federal Rules of Civil Procedure," Doc. No. 14, filed on May 29, 2012, which the Court construes liberally as a second motion for reconsideration of the April 27, 2012 Order of Dismissal. For the reasons discussed in the May 11, 2012 Order Denying Motion for Reconsideration (Doc. No. 11), Applicant's second motion for reconsideration is **denied.**

    Applicant also filed a "Motion for Emergency Preliminary Injunction Under Federal Rules of Civil Procedure 65(a)," Doc. No. 15. Applicant filed a Notice of Appeal in this action on May 10, 2012. The Motion for Emergency Preliminary Injunction, therefore is denied for lack of jurisdiction.

Dated: May 30, 2012